SEALED

FILED

SEP 15 2026

BONNIE HACKLER
Clerk, U.S. District Court
By ________ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**DEVIN LOY GUTHRIE,**
**NEIL CARTER HANCE, and**
**SAMUEL CURTIS CORNELL,**

*Defendants.*

**SEALED**

**Case No.** 26 CR 139 JFH

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**MURDER IN INDIAN COUNTRY – SECOND DEGREE**
**[18 U.S.C. §§ 1111(a), 1151, & 1152]**

On or about July 2, 2025, within the Eastern District of Oklahoma, in Indian country, the defendant, **DEVIN LOY GUTHRIE**, a non-Indian, did unlawfully kill E.S., an Indian, with malice aforethought, to wit: by acting with a depraved heart and with a callous and wanton disregard for human life that is extreme in nature, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1152.

## COUNT TWO

**INVOLUNTARY MANSLAUGHTER IN INDIAN COUNTRY**
**[18 U.S.C. §§ 1112, 1151, & 1152]**

On or about July 2, 2025, within the Eastern District of Oklahoma, in Indian country, the defendant, **NEIL CARTER HANCE,** a non-Indian, did unlawfully kill E.S., an Indian, in the commission of a lawful act, in an unlawful manner and without due caution and circumspection

of a lawful act, that is, operating a commercial display fireworks business, which might produce death, knowing such conduct was a threat to the lives of others and was foreseeable to the defendant as a threat to the lives of others, in violation of Title 18, United States Code, Sections 1112, 1151, and 1152.

## COUNT THREE

### FALSE STATEMENT
### [18 U.S.C. § 1001(a)(2)]

On or about July 17, 2025, in the Eastern District of Oklahoma, in a matter within the jurisdiction of the executive branch of the United States Government, the defendant, **NEIL CARTER HANCE**, did knowingly and willfully make a false, fictitious, and fraudulent statement and representation to a Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent as to a material fact, in that the Defendant represented he did not remove explosives from the site of the Tuskahoma explosion, when in fact, **NEIL CARTER HANCE**, did remove explosives from the site of the Tuskahoma explosion, in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR

### FALSE STATEMENT
### [18 U.S.C. § 1001(a)(2)]

On or about August 7, 2025, in the Eastern District of Oklahoma, in a matter within the jurisdiction of the executive branch of the United States Government, the defendant, **SAMUEL CURTIS CORNELL**, did knowingly and willfully make a false, fictitious, and fraudulent statement and representation to a Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent as to a material fact, in that the Defendant represented he did not remove explosives from the site of the Tuskahoma explosion, when in fact, **SAMUEL CURTIS CORNELL**, did remove explosives from the site of the Tuskahoma explosion, in violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT FIVE**

**FALSE STATEMENT**
**[18 U.S.C. § 1001(a)(2)]**

On or about July 22, 2025, in the Eastern District of Oklahoma, in a matter within the jurisdiction of the executive branch of the United States Government, the defendant, **DEVIN LOY GUTHRIE**, did knowingly and willfully make a false, fictitious, and fraudulent statement and representation to a Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent as to a material fact, in that the Defendant represented he picked up the explosives for the Tuskahoma show on July 1, 2025, when in fact, **DEVIN LOY GUTHRIE**, picked up the explosives for the Tuskahoma show on June 25, 2025, in violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT SIX**

**TAMPER WITH OFFICIAL PROCEEDING**
**[18 U.S.C. § 1512(c)(1) & 2]**

On or about July 2, 2025, in the Eastern District of Oklahoma, the defendants, **NEIL CARTER HANCE** and **SAMUEL CURTIS CORNELL**, did corruptly alter, destroy, mutilate, and conceal a record, document, and other object, to wit: explosives retrieved from the Tuskahoma explosion site, with the intent to impair its integrity and availability for use in an official proceeding, and attempt to do so, in violation of Title 18, United States Code, Section 1512(c)(1) and 2.

**COUNTS SEVEN THROUGH NINE**

**FALSE ENTRY**
**[18 U.S.C. §§ 842(g), 844(a), 2 & 27 C.F.R. 555.121(c)]**

Between on or about June 26, 2025, and on or about July 6, 2025, in the Eastern District of Oklahoma, the defendants, **NEIL CARTER HANCE** and **SAMUEL CURTIS CORNELL**, a

licensee and permittee, knowingly made a false entry in any record which he was required to keep pursuant to this section and regulations promulgated under Title 18, United States Code, Section 847, to wit: the Daily Summary of Magazine Transactions (DSMT), including but not limited to the following specific entries:

| Count | Packed Sale No. | Units of Regulated Explosives | Recorded Date of Transfer | Actual Date of Transfer | Associated Contract | Contract Date |
|---|---|---|---|---|---|---|
| 7 | 100229 | Mag 1 – 945<br>Mag 2 – 48<br>Red Con – 184<br>Blue Con B - 108 | July 6, 2025 | June 25, 2025 | Idabell National Bank | July 3, 2025 |
| 8 | 100235 | Mag 1 – 1034<br>Red Con – 72<br>Blue Con B - 72 | June 26, 2025 | July 3, 2025 | City of Jay | July 4, 2025 |
| 9 | 100236 | Mag 1 – 367<br>Blue Con B - 72 | June 26, 2025 | July 3, 2025 | Green Country Giggers | July 5, 2025 |

in violation of Title 18, United States Code, Sections 842(g), 844(a), 2 and 27 C.F.R. 555.121(c).

**COUNT TEN**

**IMPROPER STORAGE OF HIGH EXPLOSIVES – MISDEMEANOR**
**[18 U.S.C. §§ 842(j), 844(b), & 27 C.F.R. 555.201 *et seq.*]**

On or about June 25, 2025, within the Eastern District of Oklahoma, the defendant, **DEVIN LOY GUTHRIE** knowingly stored high explosives in a manner not in conformity with regulations promulgated by the Attorney General pursuant to 18 U.S.C. § 847, in that he stored high explosives, commercial grade fireworks, in a building in Sallisaw, Oklahoma, said building not then conforming with the requirements of Type 1 storage facilities, in violation of Title 18, United States Code, Sections 842(j) and 844(b), and 27 C.F.R. 555.201 *et seq*.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson

FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

JONATHAN E. SOVERLY, IN# 32155-45
Assistant United States Attorney